**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:18-cr-80-T-02JSS | DATE:   April 15, 2019 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA**<br><br>     **Plaintiff,**<br><br>v.<br><br>**RASHID TURNER**<br><br>     **Defendant** | **PLAINTIFF COUNSEL**<br>Michael Gordon, AUSA<br><br><br><br>**DEFENDANT COUNSEL**<br>Michael Maddux, CJA | |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** | Kristin Carreon |
| **TIME:** 11:31 AM – 12:04 PM<br>**TOTAL:** 33 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   MOTION HEARING re: Defendant's Motion Under the Double Jeopardy Clause to Dismiss Counts 6, 7, 9 and 10 of the Second Superseding Indictment (Doc. 102) and Defendant's Motion to Sever Defendant and Counts as to Rashid Turner (Doc. 103)

Defendant is present with counsel.

The Court hears argument and responses from the parties regarding Defendant's Motion Under the Double Jeopardy Clause to Dismiss Counts 6, 7, 9 and 10 of the Second Superseding Indictment (Doc. 102). Motion is **DENIED**, for the reasons stated on the record.

The Court hears argument and responses from the parties regarding Defendant's Motion to Sever Defendant and Counts as to Rashid Turner (Doc. 103). Motion is **DENIED**, for the reasons stated on the record.

Jury selection for this case will begin on May 20, 2019.

Government inquires of the Court regarding discoverable documents. Discussion ensues.

The Court instructs Defendant's counsel to file a motion if they would like the discovery in question to be produced.