Exhibit A

# HERNANDO COUNTY SEARCH WARRANT

## INVENTORY AND RETURN

**RECEIVED** this search warrant on the 10th day of January 2018 and executed the same on the 3rd day of January 2018 at 1600 hours by delivering a true copy thereof to Property / Evidence and at the time showing the same this original search warrant and reading it to and explaining the contents thereof, and by making diligent search as herein directed, upon which I found:

electronic evidence from LG cell phone

I, Det. Tom Breedlove the officer by whom this warrant was executed do swear that the above inventory contains a true and detailed account of all items

taken by me on said warrant.

Executing Officer's Signature

**SWORN** to and subscribed before me this 10th day of January 2018

SUSAN LYNNE BIRKLER
Commission # FF 200818
Expires April 26, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public

My Commission Expires: Ap 26, 2019

Exhibit A

# IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
# IN AND FOR HERNANDO COUNTY, FLORIDA

## SEARCH WARRANT

**STATE OF FLORIDA**
**COUNTY OF HERNANDO**

**IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR, THE SHERIFF AND/OR DEPUTY SHERIFFS OF HERNANDO COUNTY AND ALL OTHER AUTHORIZED OFFICERS:**

**Whereas,** complaintant under oath and in writing supported with an Affidavit by a credible witness has been made before the undersigned Circuit Judge of Hernando County, Florida and

**Whereas,** said facts made known to me and have caused me to certify and find that there is probable cause to believe that the laws of the State of Florida to wit: **Robbery With a Firearm of Chapter 812.13(2)(a) of the Florida State Statutes**, have been and are being violated. During the commission of the crime a cell phone was utilized and described as follows:

The cell phone is an/a **LG cell phone with unknown serial number, unknown IMEI number or telephone number**, utilized by the suspect **Petrie Franklin Adison B/M 07-13-86 which is currently located at the Hernando County Sheriff's Office at 18900 Cortez Blvd. Brooksville, FL 34601**.

Photographs of the LG cell phone are shown below:



Exhibit A

The **Search** is to include: the above stated LG cell phone including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/ pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards

Your Affiant is aware that the recovery of data by a computer forensic analyst takes significant time, and much the way recovery of narcotics must later be forensically evaluated in a lab, digital evidence will also undergo a similar process and likely take more than 10 days. For this reason, the "return" inventory will contain a list of only the tangible items examined. Unless otherwise ordered by the Court, the return will not include evidence later examined by a forensic analyst.

And the facts tending to establish grounds for search are set forth in an Affidavit of **Detective Tommy Breedlove** who states that he has probable cause to believe and does believe that the laws of the State of Florida are being violated, to wit:

Evidence that the laws against **Robbery With a Firearm 812.13(2)(a) of the Florida State Statutes** are being violated on the aforementioned **LG cell phone**.

Now therefore, this is to command deputies of the Hernando County Sheriff's Office, with such lawful assistance as may be necessary, are hereby commanded in the daytime or in the nighttime or on Sunday to access the said **LG cell phone** and then and there to search diligently for all contact names and phone numbers listed, all voice messages, all text messages incoming and outgoing and all incoming and outgoing numbers listed in the phone, all photographs and videos, and GPS locations, and any pertinent information contained within the phone, and if same or any part thereof be found on said **LG cell phone**, you are hereby authorized to seize and secure the same to make return of your doings under this warrant to the undersigned within ten (10) days from the date hereof, and you are likewise commanded in the event you seize to take property or materials mentioned in this warrant to safely keep the same until otherwise ordered by a court having jurisdiction thereof, and that you give proper receipts for said

Exhibit A

property and deliver a copy of this warrant to the person from whom taken or in whose possession it is found or in the absence of any such person to leave said copy in the place where said property or material was found, before the Honorable Circuit Judge of the Fifth Judicial Circuit.

Witness my hand and official seal this ~~5th day of March, 2017~~. 10th day of January 2018

CIRCUIT COURT JUDGE OF THE
FIFTH JUDICIAL CIRCUIT IN AND FOR
HERNANDO COUNTY, FLORIDA

Case 8:18-cr-00080-WFJ-JSS   Document 205-4   Filed 05/24/19   Page 5 of 9 PageID 978
Case 8:18-cr-00080-WFJ-JSS   Document 103-1   Filed 02/06/19   Page 5 of 9 PageID 371

Exhibit A

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY

### AFFIDAVIT FOR A SEARCH WARRANT

STATE OF FLORIDA
COUNTY OF HERNANDO

Before me, __KRISTIE M. RUPPE__ the undersigned Circuit Judge of the Fifth Judicial Circuit of the State of Florida in and for Hernando County, Florida, personally appeared **Tom Breedlove**, a detective with the Hernando County Sheriff's Office in Brooksville, Florida where he oversees the Sexual Predator Offender Tracking Program that allows for address verification, community notification and registration of sexual offenders. He also serves as a major crimes investigator dealing with crimes against persons.

Your affiant started his law enforcement career in 1988 with the Monroe County Sheriff's Office in Key West, Florida where he worked as a corrections officer, road patrol deputy and detective assigned to investigate crimes against women and children. He moved with his family in 1998 to Hernando County where he has served as a deputy sheriff / detective working in patrol and investigations

Breedlove has attended over 3000 hours of training with over 1300 of those being devoted to crimes involving child abuse and sex related offenses. Breedlove has an Associates of Arts Degree in Criminal Justice from the Pasco Hernando Community College. He is a past board member and vice president of the Florida Sex Crimes Investigator's Association and past member of the American Professional Society on the Abuse of Children. Breedlove has instructed on numerous aspects of law enforcement to various organizations and agencies.

Affiant, who after having been sworn, deposes and says:

That the laws of the State of Florida, to wit: the laws against **Robbery With a Firearm 812.13(2)(a) of the Florida State Statutes** have been violated and prior to, during and after the commission of the crime a cell phone was used.

The cell phone is an **LG cell phone with unknown serial number, IMEI number or phone number**, utilized by the suspect **Petrie Franklin Addison B/M 07-13-86**, which is currently located at the Hernando County Sheriff's Office at 18900 Cortez Blvd, Brooksville FL 34601.

Exhibit A

Photographs of the LG cell phone are shown below:



Search to include: the above stated LG cell phone including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device aps and application data, calendar events/reminders, videos/ pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards

The search of the above stated cell phone by reason of the following facts:

On 11-18-17 an armed robbery occurred at the Wells Fargo Bank located at 4319 Commercial Way, Spring Hill FL. Two suspects entered the bank armed with hand guns and proceeded to rob the bank of a substantial amount of money. One suspect jumped the counter and proceeded to grab the money from the cash drawers while the other suspect waited in front of the teller counters waving his gun and controlling the customers. Both suspects wore masks and clothing to disguise their identity.

The suspects then ran out of the bank. One suspect entered a 2017 white Hyundai Elantra bearing a FL tag 540-YSU. The second suspect fled the bank and entered a separate unknown vehicle. The white Elantra then fled southbound on Commercial Way. A witness who was outside the bank in a separate vehicle witnessed the robbery and called 911 alerting law enforcement that he was following the Elantra southbound on Commercial Way.

Deputy Timothy Istvan was positioned at the intersection of Spring Hill Dr and Commercial Way and spotted the suspect driving the Elantra southbound on Commercial Way. Deputy Istvan attempted to conduct a traffic stop on the Elantra, but the vehicle refused to stop and a vehicle pursuit was initiated.

Exhibit A

Deputy Istvan pursued the Elantra into Pasco County until the Elantra lost control and crashed in front of Dunkin Donuts located at 16737 US-19, Hudson FL 34667. The Elantra struck another vehicle before coming to a stop.

The driver of the Elantra, Petrie Franklin Addison exited the vehicle from the driver's side and fled on foot between the Dunkin Donuts and another business next door, Flowers Bakery Store Outlet, located at 16721 US-19, Hudson FL 34667. Addison was located and arrested behind the business. When Addison was arrested a cell phone was located on his person. The cell phone was a white Apple I-Phone with a black case.

Addison was advised his Miranda Warnings and waived them and agreed to speak to me. Addison stated that he was involved in the armed robbery and there was another suspect only known to him as Dirty Red. Addison stated that he met Dirty Red last weekend and they spoke over the phone. Addison stated that they arranged to drive to Spring Hill to commit a bank robbery. Addison stated that while they were driving to Spring Hill that Dirty Red was talking to someone that he knew in Spring Hill that was helping him. Addison did not know that subject and never saw that subject while they were at the bank.

Addison stated that they parked on the south side of the bank and entered the front door of the bank that faces to the east. Addison stated that he jumped the teller counter and proceeded to empty the money drawers. Dirty Red was waving a gun around to control the customers. Dirty Red was telling Addison which drawers to take the money out of. Addison put the money into a blue draw string bag and gave it to Dirty Red. They both fled out of the bank through the south door. Addison dropped the car keys as they were leaving the bank and he had to return to the bank through the front door to get them. Addison then runs out of the south side door again and gets into the Elantra and flees the bank driving southbound on Commercial Way. Addison claimed that Dirty Red was in the Elantra with him. Evidence and witnesses at the scene show that Dirty Red fled across the front of the bank and across the parking lot to another vehicle that was waiting. Addison stated that he was being pursued by law enforcement until the vehicle lost control and crashed in front of Dunkin Donuts. Addison stated that he jumped out of the vehicle and ran next to Dunkin Donuts and into the back of a building next door to Dunkin Donuts. Addison stated that he then went into the back of the building and hid in a tractor trailer that was backed up to the building unloading goods. Addison stated that he was afraid to get locked in and decided to give up.

Addison did provide me with the phone number that he claims belongs to the subject Dirty Red.

3

Exhibit A

During the service of a search warrant on the Hyundai Elantra an LG cell phone was discovered on the driver's side floor board. The LG cell phone was not claimed by Addison but appeared to be in his possession during this incident.

It should be noted that an extraction was performed on the LG cell phone on January 3, 2018. This extraction was completed with a misunderstanding that a warrant for the phone had already been reviewed and signed.

Your affiant knows through training, education and experience in law enforcement that individuals send and receive information via cellular phones while committing criminal offenses. Additionally, cellular phones with GPS capabilities track locations within said cellular phones. Your Affiant is requesting a search of the cell phone due to it having been in possession of Petrie Franklin Addison prior to this offense and after the offense and said cellular phone would contain information as related to this case; IE location, movement, contact via phone, text or instant messaging.

Given the aforementioned facts and circumstances, your Affiant has probable cause to believe and does believe that in or on the aforementioned LG cell phone, evidence of the crime of **Robbery with a Weapon of Chapter 812.13(2)(a)** will be found. including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/ pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards.

**Whereas**, it is prayed that a search warrant be issued for the above described **LG cell phone** to seize all evidence of the crime of **Robbery (Firearm) of Chapter 812.13(2)(a)** including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device aps and application data, calendar events/reminders, videos/ pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards.

Your Affiant is aware that the recovery of data by a computer forensic analyst takes significant time, and much the way recovery of narcotics must later be forensically evaluated in a lab, digital evidence will also undergo a similar process and likely take more than 10 days. For this reason, the "return" inventory will

Case 8:18-cr-00080-WFJ-JSS   Document 205-4   Filed 05/24/19   Page 9 of 9 PageID 982
Case 8:18-cr-00080-WFJ-JSS   Document 103-1   Filed 02/06/19   Page 9 of 9 PageID 375

Exhibit A

contain a list of only the tangible items examined. Unless otherwise ordered by the Court, the return will not include evidence later examined by a forensic analyst.

Your affiant additionally request the court enter an order that the sealing of this Application and Order, Search Warrant and the Inventory and Return is imperative in maintaining the integrity of the ongoing investigation, and to protect the privacy of the individuals named therein.

AFFIANT Detective Tommy Breedlove #599

Sworn to and subscribed before me in my presence this **10** of **January**, 201**8**

CIRCUIT JUDGE FIFTH JUDICIAL
CIRCUIT COURT OF FLORIDA

Having considered the above facts, I find that probable cause exists and a Search Warrant is hereby allowed and issued.

CIRCUIT JUDGE FIFTH JUDICIAL
CIRCUIT COURT OF FLORIDA