# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   CASE NO. 8:18-CR-80–T–02JSS

**RASHID TURNER**

_____

## NOTICE OF APPEAL

NOTICE is hereby given that RASHID TURNER, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment of conviction and sentence entered in this action on September 13, 2019 (Doc. 258).

September 19, 2019.

**MICHAEL P. MADDUX, P.A.**

*/s/ Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar Number: 964212
2102 West Cleveland Street
Tampa, Florida 33606
Telephone: (813) 253-3363
Facsimile: (813) 253-2553
E-Mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to the following persons: Michael Gordon, Assistant United States Attorney, and all other attorneys of record.

**MICHAEL P. MADDUX, P.A.**

*/s/ Michael P. Maddux*
Michael P. Maddux, Esquire