## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RECEIVED
U.S. MARSHAL

20 MAR 16  AM 11:30

**UNITED STATES OF AMERICA**

Case Number: 8:18-cr-80-T-02JSS

**v.**

USM Number: 70856-018

**RASHID TURNER**

Michael P. Maddux, CJA

---

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty of Counts One, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the Second Superseding Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | January 15, 2018 | One |
| 18 U.S.C. §§ Sections 1951(a) and 2 | Interference with Commerce by Robbery | October 28, 2017 | Four |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a Firearm During or in Relation to a Crime of Violence | October 28, 2017 | Five |
| 18 U.S.C. §§ Sections 1951(a) and 2 | Interference with Commerce by Robbery | November 18, 2017 | Six |
| 18 U.S.C. §§ 2113(a) and 2 | Bank Robbery | November 18, 2017 | Seven |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a Firearm During or in Relation to a Crime of Violence | November 18, 2017 | Eight |
| 18 U.S.C. §§ Sections 1951(a) and 2 | Interference with Commerce by Robbery | December 4, 2017 | Nine |
| 18 U.S.C. §§ 2113(a) and 2 | Bank Robbery | December 4, 2017 | Ten |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a Firearm During or in Relation to a Crime of Violence | December 4, 2017 | Eleven |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Superseding Indictment is dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment: September 13, 2019

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

September 13th, 2019

AO 245B (Rev. 02/18) Judgment in a Criminal Case

Rashid Turner
8:18-cr-80-T-02JSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FOUR HUNDRED NINETY-TWO (492) MONTHS. This consists of concurrent terms of 240 months on each of Counts One, Four, Six, Seven, Nine, and Ten; a 7-year term on Count Five, consecutive to Counts One, Four, Six, Seven, Nine, and Ten; a 7-year term on Count Eight, consecutive to Count Five; and a 7-year term on Count Eleven, consecutive to Count Eight.

The Court recommends to the Bureau of Prisons that the defendant: Be confined at USP McCreary in Kentucky or USP Lee in Virginia.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on ____3-4-2020____ to ____USP McR_____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____

Deputy U.S. Marshal

AO 245B (Rev. 02/18) Judgment in a Criminal Case

Rashid Turner
8:18-cr-80-T-02JSS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of **FIVE (5) YEARS. This consists of a 3-year term as to Counts One, Four, Six, Seven, Nine, and Ten, and a 5-year term as to Counts Five, Eight, and Eleven, all such terms to run concurrently.**

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.
4.  You must cooperate in the collection of DNA as directed by the Probation Officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case

Rashid Turner
8:18-cr-80-T-02JSS

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame. After initially reporting to the Probation Office, the defendant will receive instructions from the court or the Probation Officer about how and when the defendant must report to the Probation Officer, and the defendant must report to the Probation Officer as instructed.

2. After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when you must report to the Probation Officer, and you must report to the Probation Officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.

4. You must answer truthfully the questions asked by your Probation Officer.

5. You must live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, you must notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the Probation Officer to visit you at any time at your home or elsewhere, and you must permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10  days  in  advance  is  not  possible  due  to unanticipated circumstances, you must notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the Probation Officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and you must comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the Probation Officer related to the conditions of supervision.


## U.S. Probation Office Use Only

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature:_____     Date:_____

Rashid Turner
8:18-cr-80-T-02JSS

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.  You shall submit to a search of your person, residence, place of business, any storage units under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

2.  You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

3.  You shall provide the probation officer access to any requested financial information.

Rashid Turner
8:18-cr-80-T-02JSS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | **$900.00** | **WAIVED** | **$103,782.78** |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss** | Restitution Ordered |
|---|---|---|
| Dollar General<br>1154 Alabama Road, South<br>Lehigh Acres, Florida 33974 | $6,050.58 | $6,050.58 |
| Wells Fargo<br>319 Commercial Way<br>Spring Hill, Florida 34606 | $21,745.00 | $21,745.00 |
| Seacoast Bank<br>1601 East Oak Street<br>Arcadia, Florida 34266 | $75,987.20 | $75,987.20 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job. Upon release from custody, you shall pay restitution at the rate of at least $100.00 per month.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the Probation Officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

## Joint and Several

Restitution to Dollar General shall be paid jointly and severally with Petrie Addison and Dakiriya Lias. Restitution to Wells Fargo shall be paid jointly and severally with Petrie Addison. Restitution to Seacoast Bank shall be paid jointly and severally with Petrie Addison and Zachary Gloster.

Rashid Turner
8:18-cr-80-T-02JSS

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture and Preliminary Order of Forfeiture for Direct Assets, that are subject to forfeiture. **[SEE ORDER OF FOREFEITURE AND PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS ATTACHED.]**